## CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Felix James Noriega**<br>DOB: 1990; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-07304MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about March 25, 2020, in the District of Arizona, **Felix James Noriega**, knowing or in reckless disregard that certain aliens, including Luis Angel Leon-Cisneros and Gualberto Saldivar-Sandoval, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about March 25, 2020, in the District of Arizona (Gu Vo), United States Border Patrol Agents (BPA) saw a Tohono O'odham Police Officer stopping a 2015 Nissan Sentra. The BPA stopped to assist. The Officer told the BPA that he stopped the vehicle for speeding. The driver was identified as **Felix James Noriega**, and an adult female front seat passenger, both U.S. Citizens. Three rear passengers were also encountered and the BPA determined they were in the U.S. illegally. Two illegal aliens were identified as Angel Leon-Cisneros and Gualberto Saldivar-Sandoval.

Material witnesses Leon and Saldivar said they had arranged to be smuggled into the United States for money. Both said they crossed the border illegally with a foot guide. Leon said they walked to a road where a small car with two occupants was there waiting for them. Saldivar said the guide told them that they were to be picked up by a car which would transport them to Phoenix. They waited five minutes when a blue car with two occupants arrived to pick them up. Saldivar identified **Noriega** as the driver in a photo lineup.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Luis Angel Leon-Cisneros and Gualberto Saldivar-Sandoval

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br>RICARDO ISLAVA Digitally signed by RICARDO ISLAVA<br>Date: 2020.03.26 10:44:36 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>BPA Ricardo H. Islava |
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE [signature] M. Rateau | DATE<br>March 26, 2020 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54